## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT DESHIELDS,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:18-cv-1709** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **DR. MICHAEL** | : | |
| **MOCLOCK,** *et al.*, | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 29th day of August 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Merritt-Scully's motion for summary judgment (Doc. No. 19) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendant Karen Merritt-Scully and against Plaintiff Robert DeShields; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

<u>S/SYLVIA H. RAMBO</u>
United States District Judge